**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cheryl C. Lane** | Social Security number or ITIN  **xxx–xx–4961** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **19–06004**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cheryl C. Lane

June 17, 2019                                    **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                                     United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Northern District of Illinois

In re:  
Cheryl C. Lane  
    Debtor

Case No. 19-06004-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 2     Date Rcvd: Jun 17, 2019  
                         Form ID: 318     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
```
db          +Cheryl C. Lane,    1123 Bloomingdale Rd,    Apt 307,    Glendale Heights, IL 60139-3517
27611553     CB/Lane Bryant,    PO Box 337001,    NorthGlenn, CO 80233-7001
27611555    +Check 'n Go,    dba Cash & Check Advance,    13217 Cicero Ave,    Crestwood, IL 60418-1425
27611561    +DuPage Medical Group,    1100 W. 31st St,    Suite 300,    Downers Grove, IL 60515-5512
27611565    +NCC Business Services, Inc.,    9428 Baymeadows Road,    Suite 200,    Jacksonville, FL 32256-7912
27611566    +Northwestern Medicine Central DuPag,    25 N Winfield Rd,    Winfield, IL 60190-1222
27611567    +Parkway Commons,    595 Gundersen Drive,    Carol Stream, IL 60188-2691
27611572     WFNNB/Lane Bryant Retail,    c/o Client Services, Inc.,    3451 Harry Truman Blvd.,
              Saint Charles, MO 63301-4047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QBPHELMS.COM Jun 18 2019 05:43:00     Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,
              3400 West Lawrence,    Chicago, IL 60625-5104
27611550    +EDI: CINGMIDLAND.COM Jun 18 2019 05:43:00      AT&T,    Bankruptcy Department,
              5407 Andrew Highway,    Midland, TX 79706-2851
27611552    +EDI: WFNNB.COM Jun 18 2019 05:43:00     CB/Carsons,    PO Box 182789,    Columbus, OH 43218-2789
27611554    +EDI: WFNNB.COM Jun 18 2019 05:43:00     CB/LANE BRYANT,    PO Box 182273,
              Columbus, OH 43218-2273
27611551    +EDI: CAPITALONE.COM Jun 18 2019 05:43:00      Capital One Bank USA NA,    10700 Capital One Way,
              Richmond, VA 23060-9243
27611556    +EDI: WFNNB.COM Jun 18 2019 05:43:00     Comenity Bank/Carsons,    3100 Easton Square Pl.,
              Columbus, OH 43219-6232
27611557     EDI: WFNNB.COM Jun 18 2019 05:43:00     Comenity Bank/LNBRYANT,    PO Box 182789,
              Columbus, OH 43218-2789
27611558    +EDI: WFNNB.COM Jun 18 2019 05:43:00     Comenity Bank/NW York & Co.,    PO Box 182789,
              Columbus, OH 43218-2789
27611559    +EDI: WFNNB.COM Jun 18 2019 05:43:00     Comenity Capital/HSN,    PO Box 182120,
              Columbus, OH 43218-2120
27611560    +EDI: CCS.COM Jun 18 2019 05:43:00     Credit Collection Services,    725 Canton Street,
              Norwood, MA 02062-2679
27611562    +E-mail/Text: bknotice@ercbpo.com Jun 18 2019 02:05:43      Enhanced Recovery Company LLC,
              PO Box 23870,    Jacksonville, FL 32241-3870
27611563    +E-mail/Text: bncnotices@becket-lee.com Jun 18 2019 02:04:28      Kohls Department Store,
              PO BOX 3115,    Milwaukee, WI 53201-3115
27611564    +EDI: MERRICKBANK.COM Jun 18 2019 05:43:00      Merrick Bank,    10705 S. Jordan Gtwy Ste. 200,
              South Jordan, UT 84095-3977
27611569     EDI: RMSC.COM Jun 18 2019 05:43:00     SYNCB/AMAZON PLCC,    PO Box 965015,
              Orlando, FL 32896-5015
27611570     EDI: RMSC.COM Jun 18 2019 05:43:00     SYNCB/WALMART,    PO Box 965024,    Orlando, FL 32896-5024
27617808    +EDI: RMSC.COM Jun 18 2019 05:43:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
27611571    +EDI: WFNNB.COM Jun 18 2019 05:43:00     WFNNB/Lane Bryant,    Bankruptcy Department,
              PO Box 182789,    Columbus, OH 43218-2789
                                                                                              TOTAL: 17
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27611568       Pioneer Properties
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: admin              Page 2 of 2               Date Rcvd: Jun 17, 2019
                              Form ID: 318             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
         Brenda Porter Helms, ESQ   brenda.helms@albanybank.com, bhelms@ecf.axosfs.com
         David M Siegel    on behalf of Debtor 1 Cheryl C. Lane davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                TOTAL: 3

Case 19-06004   Doc 18   Filed 06/19/19   Entered 06/19/19 23:28:26   Desc Imaged
Certificate of Notice   Page 4 of 4